UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

       Plaintiff,

v.

MUSKEGON RIVER YOUTH HOME,
INC., et al.,

       Defendants.
_____/

Case No. 1:25-cv-00442-JMB-SJB

Hon. Jane M. Beckering

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above-captioned case was filed in this court on April 21, 2025 .   The case has been assigned to Jane M. Beckering .

CLERK OF COURT

Dated:  April 22, 2025      By:   /s/ N. Stimec_____
                                             Deputy Clerk