AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Jermichael Brown, Jr. <br><br> *Plaintiff(s)* <br> v. <br> Muskegon River Youth Home, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00442 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Muskegon River Youth Home, Inc.
c/o CSC-Lawyers Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI 48911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| Jermichael Brown, Jr. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00442 |
| Muskegon River Youth Home, LLC, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Muskegon River Youth Home, LLC
c/o Mary Dawn Bishop
8571 30th Ave.
Evart, MI 49631

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Jermichael Brown, Jr. <br><br> *Plaintiff(s)* <br> v. <br> Muskegon River Youth Home, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-00442 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Muskegon River Youth Home Real Estate. LLC
c/o Dawn Kruithoff
PO Box 1126
Evart, MI 49631

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

Jermichael Brown, Jr.

*Plaintiff(s)*

v.

Muskegon River Youth Home, LLC, et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00442

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Muskegon River Pathway of Hope LLC
c/o CSC-Lawyers Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI 48911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

Jermichael Brown, Jr.

*Plaintiff(s)*

v.

Muskegon River Youth Home, LLC, et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00442

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mecosta-Osceola Intermediate School District
15760 190th Ave.
Big Rapids, MI 49307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Jermichael Brown, Jr. <br><br> *Plaintiff(s)* <br> v. <br> Muskegon River Youth Home, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00442 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mecosta-Osceola Intermediate School District Board of Education
15760 190th Ave.
Big Rapids, MI 49307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth K. Abdnour
Abdnour Weiker LLP
262 S. Third St.
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*