UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.

    Plaintiff,

v.

MUSKEGON RIVER YOUTH HOME, LLC;
MUSKEGON RIVER YOUTH HOME, INC.;
MUSKEGON RIVER YOUTH HOME REAL
ESTATE, LLC, d/b/a K & K LAND LLC,
MUSKEGON RIVER PATHWAY OF HOPE, LLC,
formerly d/b/a YOUTH OPPORTUNITY CENTER
FOR SUCCESS AND INDEPENDENCE;
MECOSTA-OSCEOLA INTERMEDIATE SCHOOL
DISTRICT BOARD OF EDUCATION; and
JOHN/JANE DOES 1-10, in their official, professional,
personal, and individual capacities, jointly
and severally,

    Defendants.

Case No.: 1:25-cv-00442
Hon. Jane M. Beckering
Magistrate Judge Sally J. Berens

---

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER, LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517. 994.1776
liz@education-rights.com

David Wesley Cornish*
CORNERSTONE LEGAL GROUP, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
888.313.1385
dwesley24@gmail.com
*Admission application to be filed

John J. Gillooly (P41948)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants Muskegon River
Youth Home, LLC, Muskegon River
Youth Home, Inc., Muskegon River
Youth Home Real Estate, LLC, Muskegon
River Pathway of Hope, LLC
1155 Brewery Park Blvd., Suite 200
Detroit, MI  48207-2641
313.446.5501 / Fax: 313.259.0450
jgillooly@garanlucow.com

---

**PROOF OF SERVICE**

STATE OF MICHIGAN)
               ) ss.
COUNTY OF WAYNE )

DENA MARIE SHEALY, being first duly sworn, deposes and says that she is employed by GARAN LUCOW MILLER, P.C., and that on the 3rd day of June, 2025, she served a copy of: **Defendants' First Set of Interrogatories to Plaintiff and Requests for Production of Documents to Plaintiff, and Proof of Service** upon:

- **Elizabeth Kamm Abdnour**
  liz@education-rights.com, jennifer@education-rights.com, abdnoure@recap.email

- **Gregory W. Mair**
  gmair@owdpc.com, jmconnolly@owdpc.com, dmcclure@owdpc.com

- **Kailen Piper**
  kpiper@owdpc.com

via electronic mail transmission.

                                                       /s/Dena Marie Shealy