UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

       Plaintiff,

vs.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

       Defendants.
_____/

Case No. 1:25–cv–00442–JMB–SJB

Hon. Jane M. Beckering

### ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendants Muskegon River Youth Home, LLC, Muskegon River Youth Home Real Estate, LLC, and Muskegon River Pathway of Hope, LLC have not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendants Muskegon River Youth Home, LLC, Muskegon River Youth Home Real Estate, LLC, and Muskegon River Pathway of Hope, LLC shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated: June 5, 2025

      /s/ Jane M. Beckering
      JANE M. BECKERING
      United States District Judge