U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERMICHAEL BROWN, JR.<br><br>    Plaintiff,<br><br>v<br><br>MUSKEGON RIVER YOUTH HOME, LLC; MUSKEGON RIVER YOUTH HOME, INC.; MUSKEGON RIVER YOUTH HOME REAL ESTATE, LLC, d/b/a K & K LAND LLC; MUSKEGON RIVER PATHWAY OF HOPE LLC, formerly d/b/a YOUTH OPPORTUNITY CONTER FOR SUCCESS AND INDEPENDENCE; MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT; MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION; and JOHN/JANE DOES 1 – 10, in their official, professional, personal, and individual capacities, jointly and severally;<br><br>    Defendants. | Case No.: 1:25-cv-442<br>HON. JANE M. BECKERING |

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203)<br>Attorney for Plaintiff<br>325 e. Grand River Ave., Ste. 250<br>East Lansing, MI  48823<br>(517) 994-1776<br>liz@education-rights.com | DAVID WESLEY CORNISH, ESQ.<br>Attorney for Plaintiff<br>230 South Broad St., 17th Floor<br>Philadelphia, PA  19102<br>(888) 313-1385<br>dwesley24@gmail.com<br>*Admission application to be filed |

| | |
|---|---|
| GREGORY W. MAIR (P67465)<br>KAILEN C. PIPER (P82865)<br>Attorneys for Defendants Mecosta-Osceola Intermediate School District and Mecosta-Osceola Intermediate School District Board of Education<br>300 St. Andrews Road, Suite 302<br>Saginaw, MI  48638<br>(989) 790-0960<br>gmair@owdpc.com<br>kpiper@owdpc.com<br>dmcclure@owdpc.com | JOHN GILLOOLY (P41948)<br>Attorney for Defendant Muskegon River Youth Home, LLC, Muskegon River Youth Home, Inc., Muskegon River Youth Home Real Estate, LLC Muskegon River Pathway of Hope, LLC<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207-2641<br>(313) 446-5501 / Fax: (313) 259-0450<br>jgillooly@garanlucow.com |

## INDEX OF EXHIBITS FOR DEFENDANTS MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT AND MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6)

Exhibit 1……………………………………………………………………….MDOC

Exhibit 2……………………………….…………Case Law-Xu v. Michigan State University

Exhibit 3……………………………….Case Law-Forrester v. Clarenceville School District

Exhibit 4..….Case Law-Smith v. Bronson Lefestyle Improvement & Research Center Co.

Exhibit 5………..Case Law-Doe v. University of Detroit Jesuit High School & Academy