**MDOC** Department of Corrections — MICHIGAN.GOV — Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



MDOC Number:
772482

SID Number:
5003339X

Name:
JERMICHAEL DIONNE BROWN JR.

Racial Identification:
Black

Gender:
Male

Hair:
Black

Eyes:
Brown

Height:
5' 6"

Weight:
150 lbs.

Date of Birth:
04/22/2004 (21)

**JERMICHAEL DIONNE BROWN JR.**

Image Date:
12/7/2023

## MDOC STATUS

Current Status:
Prisoner

Assigned Location:
Baraga Maximum Facility

Security Level:
V

Earliest Release Date:
03/19/2028

Maximum Discharge Date:
09/05/2034

## ALIASES

MIKE MIKE

JERMICHAEL DIONE BROWN

MIKE BROWN

MIKE JONES

## MARKS, SCARS & TATTOOS

Tattoo- Abdomen - right-side angel profile, left-side angel back view

Tattoo- Left Arm - Chuckie from Rugrats

Tattoo- Left Arm - broken heart, "loyalty made" "05-15-2020" "long live Lynn"

Tattoo- Left Arm - full sleeve - multiple designs

Tattoo- Left Finger - index finger - indistinguishable words

Tattoo- Left Neck

Tattoo- Right Chest - '2004 BABY' Unknown design betweeen Cat and Devil head

Tattoo- Right Forearm - Female with crown, 'Loyalty Made', 'Loyalty'

Tattoo- Right Hand - dollar sign

Tattoo- Right Neck - flames, stars and money - '4 EVA PAID'

Tattoo- Right Shoulder - 'North Side US 131' sign

# PRISON SENTENCES

## ACTIVE

### Sentence 1

Offense:
    Prosecutors Investigative Subpoenas - Life Offense - Perjury

MCL#:
    767A.91B

Court File#:
    2303893-FC

County:
    Kent

Conviction Type:
    Plea

Minimum Sentence:
    5 years 0 months 0 days

Maximum Sentence:
    10 years 0 months

Date of Offense:
    09/15/2022

Date of Sentence:
    10/25/2023

### Sentence 2

Offense:
    Weapons - Carrying Concealed

MCL#:
    750.227

Court File#:
    2300961-FH

County:
    Kent

Conviction Type:
    Plea

Minimum Sentence:
    1 year 6 months 0 days

Maximum Sentence:
    5 years 0 months

Date of Offense:
    07/03/2022

Date of Sentence:
    10/25/2023

### Sentence 3

Offense:
    Weapons-Firearm- Discharge From Vehicle

MCL#:
    750.234A

Court File#:
    2300961-FH

County:

Minimum Sentence:
    1 year 6 months 0 days

Maximum Sentence:
    10 years 0 months

Date of Offense:
    07/03/2022

| | |
|---|---|
| Kent | Date of Sentence:<br>10/25/2023 |

Conviction Type:
Plea

### Sentence 4

| | |
|---|---|
| Offense:<br>Weapons - Felony Firearms | Minimum Sentence:<br>2 years 0 months 0 days |
| MCL#:<br>750.227BA | Maximum Sentence:<br>2 years 0 months |
| Court File#:<br>2300961-FH | Date of Offense:<br>07/03/2022 |
| County:<br>Kent | Date of Sentence:<br>10/25/2023 |

Conviction Type:
Plea

### Sentence 5

| | |
|---|---|
| Offense:<br>Breaking & Entering a Building With Intent | Minimum Sentence:<br>1 year 6 months 0 days |
| MCL#:<br>750.110 | Maximum Sentence:<br>10 years 0 months |
| Court File#:<br>2209857-FH | Date of Offense:<br>09/16/2021 |
| County:<br>Kent | Date of Sentence:<br>10/25/2023 |

Conviction Type:
Plea

#### INACTIVE

None

## PROBATION SENTENCES

#### ACTIVE

None

#### INACTIVE

None

## SUPERVISION CONDITIONS

None