UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

       Plaintiff,                          Case No. 1:25-cv-00442-JMB-SJB

v.

MUSKEGON RIVER YOUTH HOME,
INC., et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Gregory W. Mair

RE:  Motion to Dismiss/Failure to State a Claim – #17

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                  CLERK OF COURT

Dated:  July 9, 2025        By:   /s/ M. Carlson_____
                                                   Deputy Clerk