| | | |
|---|---|---|
| **Jermichael Brown, Jr.,** | : | **United States District Court** |
| **Plaintiff,** | : | **Western District of Michigan** |
| v. | : | |
| **Muskegon River Youth Home, *et al*.,** | : | **Civil Division** |
| **Defendants.** | : | **25-cv-442** |

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby **STIPULATED** and **AGREED** by and between all parties, by and through their undersigned counsel, that Plaintiff, is hereby extended additional time to respond to the pending Defense Motion to Dismiss, from Mecosta-Osceola Intermediate School District and Mecosta-Osceola Intermediate School District Board of Education. The parties agree to allow the Plaintiff until September 2, 2025, to respond to both these pending Motions to Dismiss.

**BY THE COURT**:

_____
**Honorable Judge**