UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

    Plaintiff,

v.

MUSKEGON RIVER YOUTH
HOME, LLC, et al.,

    Defendants.
_____/

Case No. 1:25-cv-442

HON. JANE M. BECKERING

# ORDER

Pending before the Court is a Stipulation to Extend Plaintiff's Time to Respond to Defendants' Motion to Dismiss (ECF No. 20). Requests for extending time in civil cases may be granted upon good cause shown. FED. R. CIV. P. 6(b)(1). The instant request fails to provide any reason or justification to extend the deadline. The Court finds that good cause for an extension has not been shown. In addition, the filing fails to comply with W.D. Mich. LCivR 5.7(e)(ii), which requires documents with multiple attorney signatures to include an "s/ [attorney's name]" block for each signing attorney. The document fails to include any attorney signatures. For these reasons, the stipulation is denied without prejudice. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation to Extend Plaintiff's Time to Respond to Defendants' Motion to Dismiss (ECF No. 20) is DENIED without prejudice.

Dated: July 22, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge