## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JERMICHAEL BROWN, JR., | Case No. 1:25-cv-442 |
| Plaintiff, | |
| v. | |
| | Hon. Jane M. Beckering |
| MUSKEGON RIVER YOUTH HOME, LLC, et al., | |
| Defendants. | |

### STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT AND MECOSTA-OSCEOLA INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the Plaintiff to file a response to Defendants Mecosta-Osceola Intermediate School District Mecosta-Osceola Intermediate School District Board of Education's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 17) is extended from Wednesday, July 23, 2025, to Tuesday, September 2, 2025.

Plaintiff respectfully requests this additional time for the following reasons. Attorney Cornish's twin daughters passed away within the last month and he is recently returning to work after an extended bereavement leave. Attorney Cornish is lead counsel in this matter. Attorney Abdnour agreed to serve as local counsel to assist Attorney Cornish in filing the Complaint before the statute of limitations ran while he awaited approval of his application for admission to this Court, but Attorney Abdnour has no specific knowledge of the case.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants Mecosta-Osceola Intermediate School District Mecosta-Osceola Intermediate School District Board of Education consent the proposed extension.

**IT IS SO STIPULATED** on July 23, 2025.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | *s/ Kailen C. Piper with permission* |
| Elizabeth K. Abdnour (P78203) | Gregory W. Mair (P67465) |
| Abdnour Weiker, LLP | Kailen C. Piper (P82865) |
| 325 E. Grand River Ave., Ste. 250 | O'Neill Wallace & Doyle PC |
| East Lansing, MI 48823 | 300 St. Andrews Rd., Ste. 302 |
| Phone: (517) 994-1776 | Saginaw, MI 48638 |
| Email: liz@education-rights.com | Phone: (989) 790-0960 |
| | Email: gmair@owdpc.com |
| David Wesley Cornish | Email: kpiper@owdpc.com |
| Cornerstone Legal Group, LLC | |
| 230 South Broad Street, 17th Floor | |
| Philadelphia, PA 19102 | |
| Phone: 888-313-1385 | |
| Email: dwesley24@gmail.com | |

**IT IS SO ORDERED.**

_____
Hon. Jane M. Beckering
U.S. District Court Judge

Dated: _____

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2025, I filed this document by use of this Court's ECF system, which will serve copies to the Clerk of Courts and all counsel of record.

*s/ Elizabeth K. Abdnour*