UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

    Plaintiff,

v.

                        Case No. 1:25-cv-442

MUSKEGON RIVER YOUTH
HOME, LLC, et al.,                     HON. JANE M. BECKERING

    Defendants.
_____/

## ORDER

This matter is before the Court on the parties' Stipulation extending time for Plaintiff to respond (ECF No. 22, corrected by ECF No. 23). The Court having reviewed the request:

**IT IS HEREBY ORDERED** that the Stipulation extending time for Plaintiff to respond (ECF No. 22, corrected by ECF No. 23) is GRANTED to the extent that Plaintiff must file either (a) an amended complaint no later than <u>August 26, 2025</u>; or (b) a response to the motion to dismiss (ECF No. 17) no later than <u>September 2, 2025</u>.

Dated: July 24, 2025                                                    /s/ Jane M. Beckering
                                                                               JANE M. BECKERING
                                                                               United States District Judge