UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

       Plaintiff,

Case No. 1:25-cv-00442-JMB-SJB

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: William David Duffield

RE: Response in Support – #25

REASON FOR NOTICE: The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION: None.

INFORMATION FOR FUTURE REFERENCE: Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e-mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                   CLERK OF COURT

Dated: August 7, 2025      By: /s/ E. Siskind
                                      Deputy Clerk