UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,           Case No. 1:25-cv-442

    Plaintiff,                           Hon. Jane M. Beckering
v.

MUSKEGON RIVER YOUTH HOME, LLC,
et al.,

    Defendants.

**STIPULATION AND ORDER TO ALLOW
ATTORNEY ELIZABETH K. ABDNOUR
TO WITHDRAW AS COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants as follows.

1. On or around April 15, 2025, Attorney Wesley Cornish of Cornerstone Legal Group was retained by Plaintiff to represent him in this matter.

2. At the time, Attorney Cornish was not licensed to practice in this Court.

3. Attorney Cornish began the process of seeking admission to this Court but realized he would not be able to complete the process before Plaintiff's statute of limitations ran.

4. At that time, Attorney Cornish began seeking an attorney admitted to practice in this Court to file the Complaint on Plaintiff's behalf, to ensure the statute of limitations did not run prior to filing.

5. Attorney Cornish connected with Attorney Abdnour through a mutual attorney acquaintance, and Attorney Abdnour agreed to serve in the limited role of filing this Complaint to protect Plaintiff's claims before the statute of limitations ran.

1

6. Attorney Cornish drafted the Complaint and is the only attorney who has communicated with Plaintiff or who has a representation agreement with Plaintiff.

7. Attorney Abdnour has never communicated with Plaintiff and has no independent knowledge of the case beyond what is outlined in the Complaint.

8. The initial agreement between Attorneys Cornish and Abdnour was that Attorney Abdnour would withdraw as soon as Attorney Cornish was admitted to this Court.

9. Unfortunately, on or around June 19, 2025, Attorney Cornish's twin infant daughters died unexpectedly, and Attorney Cornish was forced to take bereavement leave.

10. Attorney Abdnour agreed to stay on as counsel as long as Attorney Cornish needed to grieve.

11. Attorney Cornish's bereavement leave has ended and he is now fully prepared to move forward with representing Plaintiff.

12. Attorney Cornish filed a Notice of Appearance in this matter on July 23, 2025.

13. Attorney Cornish is lead counsel in this matter and will represent Plaintiff thoroughly and diligently as he had planned to do from the outset when he accepted the case.

14. The parties request that this Court issue the proposed Order below allowing Attorney Abdnour to withdraw from this case.

15. No Party will be prejudiced by Attorney Abdnour's withdrawal from this matter.

**IT IS SO STIPULATED.**

| /s/ *Elizabeth K. Abdnour* | /s/ *Kailen C. Piper (with permission)* |
|---|---|
| Elizabeth K. Abdnour (P78203) | Gregory W. Mair (P67465) |
| Abdnour Weiker LLP | Kailen C. Piper (P82865) |
| Attorney for Plaintiff | O'Neill Wallace & Doyle PC |
| 325 E. Grand River Ave., Ste. 250 | Attorneys for Defendants Mecosta- |
| East Lansing, MI 48823 | Osceola Intermediate School District and |
| (517) 994-1776 | Mecosta-Osceola Intermediate School |
| liz@education-rights.com | District Board of Education |

/s/ *David Wesley Cornish (with permission)*
David Wesley Cornish
Cornerstone Legal Group, LLC
Attorney for Plaintiff
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
(888) 313-1385
dwesley24@gmail.com

300 St. Andrews Rd., Ste. 302
Saginaw, MI 48638
(989) 790-0960
gmair@owdpc.com
kpiper@owdpc.com

/s/ *John J. Gilloly (with permission)*
John J. Gilloly (P41948)
Garan Lucow Miller, PC
Attorney for Defendants Muskegon River Youth Home, LLC, Muskegon River Youth Home, Inc., Muskegon River Youth Home Real Estate, LLC, Muskegon River Pathway of Hope, LLC
1155 Brewery Park Blvd., Ste. 200
Detroit, MI 48207
(313) 446-5501
jgilloly@garanlucow.com

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JANE M. BECKERING
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, I filed this document by use of this Court's CM/ECF system, which will serve copies to the Clerk of Courts and all counsel of record.

/s/ *Elizabeth K. Abdnour*