UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMICHAEL BROWN, JR.,

    Plaintiff,

v.

MUSKEGON RIVER YOUTH
HOME, LLC, et al.,

    Defendants.
_____/

Case No. 1:25-cv-442

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the parties' Stipulation to Allow Attorney Elizabeth K. Abdnour to Withdraw as Counsel (ECF No. 27).  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation to Allow Attorney Elizabeth K. Abdnour to Withdraw as Counsel (ECF No. 27) is GRANTED to the extent that Abdnour Weiker LLP is withdrawn as counsel of record for Plaintiff.

Dated: August 19, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge